IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 12-70166-JAD |
| | : | |
| BOBBI JO S. DIVELY, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| _____X | : | |
| | : | |
| JAMES R. WALSH, ESQ., | : | Related to Doc. No. 45, 85 |
| TRUSTEE FOR THE | : | |
| BANKRUPTCY ESTATE OF | : | |
| BOBBI JO S. DIVELY, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| BOBBI JO S. DIVELY, SEAN DIVELY, | : | |
| FEDEX CORPORATION; and | : | |
| HEWITT ASSOCIATES, LLC, | : | |
| | : | |
| Respondents. | : | |
| _____X | | |

ORDER

**AND NOW**, this 7th day of January, 2015, after a rule hearing having been held
on January 6, 2015 on the movant's *Motion for Authority of Chapter 7 Trustee to
Execute a Qualified Domestic Relations Order to Effectuate Property Settlement
Agreement* (the "Motion"), the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES**
that the Motion is **DENIED** for want of subject matter jurisdiction for the reasons set
forth on the record.

Date: January 7, 2015                                                                          jds
                                                      _____
                                                      **JEFFERY A. DELLER**
                                                      Chief United States Bankruptcy Judge

**CASE ADMINISTRATOR TO MAIL TO:**
      Kevin Petak, Esq.
      Bobbi Jo S. Dively

{00014524}

-1-

Kenneth P. Seitz, Esq.
Timothy P. Palmer, Esq.
Colby Morgan, Esq.
Office of the U.S. Trustee

{00014524}